UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: David and Kimberly Trimmer

Case No.: 17-21931
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

___Karen E. Bezner___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson, U.S.B.J.__ on __September 19, 2017__ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
23 Pleasant Road,
High Bridge, New Jersey
Valued at $185,000.00

Liens on property:
Quicken Loans, $197,252.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 17-21931-KCF
David P Trimmer                                                           Chapter 7
Kimberly L Trimmer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Aug 17, 2017
                              Form ID: pdf905             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db/jdb         +David P Trimmer,    Kimberly L Trimmer,    23 Pleasant Road,    High Bridge, NJ 08829-1617
516875765     #+Bank Of America,    Nc4-102-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875763     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875768      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516875771      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
516875772      +Citizens Bank,    Attn: Bankruptcy,     443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
516875774      +Kohls/Capital One,    Po Box 9500,    Wilks-Barr, PA 18773-9500
516875775       M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
516875776      +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
516875782      +WFFNB/Furniture Barn,    Wells Fargo Financial National Bank,    Po Box 10438,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2017 23:08:41      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2017 23:08:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516875769       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 17 2017 23:10:38
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
516883138      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 17 2017 23:10:09
                 Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
516875770      +E-mail/Text: bk.notifications@jpmchase.com Aug 17 2017 23:08:23      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516875773      +E-mail/Text: bankruptcy@td.com Aug 17 2017 23:08:44      Commerce Bank Na,
                 Td Bank/Attn:Bankruptcy,    Po Box 9547,    Portland, ME 04112-9547
516875777      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 17 2017 23:08:59      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516875778      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 23:10:16      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
516875779      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 23:10:16      Synchrony Bank/Bassett Furniture,
                 Po Box 965064,    Orlando, FL 32896-5064
516875780      +E-mail/Text: bankruptcy@td.com Aug 17 2017 23:08:44      Td Banknorth,    Po Box 1190,
                 Lewiston, ME 04243-1190
516875781      +E-mail/Text: bankruptcy@td.com Aug 17 2017 23:08:44      Td Banknorth Mortgage,
                 Attn: Bankruptcy Department,    Po Box 1190,    Lewiston, ME 04243-1190
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516875764*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875766*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875767*    +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2               Date Rcvd: Aug 17, 2017
                              Form ID: pdf905             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph J Mania, III    on behalf of Debtor David P Trimmer jmbanklaw@gmail.com
              Joseph J Mania, III    on behalf of Joint Debtor Kimberly L Trimmer jmbanklaw@gmail.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```