**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David P Trimmer | Social Security number or ITIN   xxx–xx–7516 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly L Trimmer | Social Security number or ITIN   xxx–xx–1485 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21931–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David P Trimmer                                Kimberly L Trimmer

11/30/17                                       **By the court:**   Kathryn C. Ferguson
                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 17-21931-KCF
David P Trimmer                                                    Chapter 7
Kimberly L Trimmer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Nov 30, 2017
                              Form ID: 318           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db/jdb         +David P Trimmer,    Kimberly L Trimmer,    23 Pleasant Road,    High Bridge, NJ 08829-1617
516875771      +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
516875772      +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd Ms Rjw-135,    Warwick, RI 02886-1321
516875774      +Kohls/Capital One,    Po Box 9500,    Wilks-Barr, PA 18773-9500
516875775       M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
516875776      +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2017 23:06:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2017 23:06:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516875765      +EDI: BANKAMER.COM Nov 30 2017 22:43:00     Bank Of America,    Nc4-102-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516875763      +EDI: BANKAMER.COM Nov 30 2017 22:43:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516875768      +EDI: TSYS2.COM Nov 30 2017 22:43:00     Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516875769       EDI: CAPONEAUTO.COM Nov 30 2017 22:43:00     Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
516883138      +EDI: AISACG.COM Nov 30 2017 22:43:00     Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516875770      +EDI: CAUT.COM Nov 30 2017 22:43:00     Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516875777      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 30 2017 23:06:51     Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
516875778      +EDI: RMSC.COM Nov 30 2017 22:43:00     Synchrony Bank/ JC Penneys,    Po Box 965064,
                 Orlando, FL 32896-5064
516875779      +EDI: RMSC.COM Nov 30 2017 22:43:00     Synchrony Bank/Bassett Furniture,    Po Box 965064,
                 Orlando, FL 32896-5064
516875773       EDI: TDBANKNORTH.COM Nov 30 2017 22:43:00     Commerce Bank Na,    Td Bank/Attn:Bankruptcy,
                 Po Box 9547,    Portland, ME 04112
516875780       EDI: TDBANKNORTH.COM Nov 30 2017 22:43:00     Td Banknorth,    Po Box 1190,    Lewiston, ME 04243
516875781       EDI: TDBANKNORTH.COM Nov 30 2017 22:43:00     Td Banknorth Mortgage,
                 Attn: Bankruptcy Department,    Po Box 1190,    Lewiston, ME 04243
516875782      +EDI: WFFC.COM Nov 30 2017 22:43:00     WFFNB/Furniture Barn,
                 Wells Fargo Financial National Bank,    Po Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516875764*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875766*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516875767*     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin                Page 2 of 2             Date Rcvd: Nov 30, 2017
                                  Form ID: 318               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph J Mania, III    on behalf of Debtor David P Trimmer jmbanklaw@gmail.com
              Joseph J Mania, III    on behalf of Joint Debtor Kimberly L Trimmer jmbanklaw@gmail.com
              Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6